**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212.653.8700 main
212.653.8701 main fax
www.sheppardmullin.com

Thomas M. Monahan
212.634.3019 direct
tmonahan@sheppardmullin.com

November 23, 2016

**VIA ECF**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:     *Totin v. Gewurtz et al.* S.D.N.Y. Case No. 1:16-cv-07863

Dear Judge Pauley:

We represent Defendants Allan Gewurtz, AMGA Realty Corp., Bracha NY LLC d/b/a Keller Williams NYC, and Bracha NY 1 LLC d/b/a Keller Williams NYC (collectively, "Defendants") in connection with the above referenced matter.  While Defendants have not been served with the Summons and Complaint in this action, we have agreed to accept service of the Summons and Complaint on behalf of Defendants.  We have further agreed with Plaintiff Brian Totin, that Defendants' deadline to respond to the Summons and Complaint shall be January 5, 2017.  We respectfully request that the Court enter this agreed upon response date.  While we also represent defendant Keller Williams Realty, Inc. ("KWR, Inc."), we are not authorized to accept service on behalf KWR, Inc. and we understand that KWR, Inc. has not been served.

We look forward to appearing before Your Honor on January 20, 2017 for the initial pretrial conference in this matter.

Very truly yours,

*[signature]*

Thomas M. Monahan
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:     Brian Totin (*via electronic mail*)