-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BRIAN TOTIN,<br><br>        Plaintiff,<br><br>        - against -<br><br>ALLAN GEWURTZ, AMGA REALTY CORP., BRACHA NY LLC dba KELLER WILLIAMS NYC, BRACHA NY 1 LLC dba KELLER WILLIAMS NYC, and KELLER WILLIAMS REALTY, INC.,<br><br>        Defendants. | Civil Action No.  16-cv-7863<br><br>**DEFENDANTS' RULE 7.1 STATEMENT** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Allan Gewurtz, AMGA Realty Corp. ("AMGA"), Bracha NY LLC dba Keller Williams NYC, Bracha NY 1 LLC dba Keller Williams NYC (together with Bracha NY LLC, "KWNY"), and Keller Williams Realty, Inc. ("KW, Inc.") certifies that AMGA, KWNY and KW, Inc. are non-governmental corporate entities.

       AMGA has no parent corporation and no publicly held corporation owns 10% or more of AMGA's stock.

       KWNY has no parent corporation and no publicly held corporation owns 10% or more of KWNY's stock.

       KW, Inc. has no parent corporation and no publicly held corporation owns 10% or more of KW, Inc.'s stock.

Dated: New York, New York
       January 5, 2017

                              Respectfully submitted,

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                              By:  /s/ Robert S. Friedman
                                   Robert S. Friedman
                                   Thomas M. Monahan
                              30 Rockefeller Plaza
                              New York, New York  10112
                              Telephone:  (212) 653-8700

                              *Attorneys for Defendants*