UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN TOTIN,<br><br>    Plaintiff,<br><br>    - against -<br><br>ALLAN GEWURTZ, AMGA REALTY CORP., BRACHA NY LLC dba KELLER WILLIAMS NYC, BRACHA NY 1 LLC dba KELLER WILLIAMS NYC, and KELLER WILLIAMS REALTY, INC.,<br><br>    Defendants. | Civil Action No. 16-cv-7863<br><br>**CERTIFICATE OF SERVICE** |

       I, Thomas M. Monahan, hereby certify that, on January 5, 2017, I served true and correct copies of the Defendants Allan Gewurtz, AMGA Realty Corp., Bracha NY LLC dba Keller Williams NYC, Bracha NY 1 LLC dba Keller Williams NYC, and Keller Williams Realty, Inc.'s Rule 7.1 Statement [Doc. 13], Answer with Affirmative Defenses and Counterclaims [Doc. 14] and Letter Motion for Pre-Motion Conference [Doc. 15] upon:

Brian Totin
P.O. Box 230581
New York, NY 10023

by depositing true copies of the aforesaid documents in a postpaid, properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated:    New York, New York
              January 5, 2017

                                                    /s/ *Thomas M. Monahan*